UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYLLIS DAVIS,

    Plaintiff,

v.

ECHO VALLEY CONDOMINIUM ASSOCIATION,
CASA BELLA PROPERTY MANAGEMENT, INC.,
MOISEY LAMNIN, ELLA LAMNIN, and WANDA
RULE,

    Defendants.

_____/

Case Number 17-12475
Honorable David M. Lawson

## **STIPULATED ORDER FOR PRELIMINARY INJUNCTION**

Based on the stipulation of the parties,

It is **ORDERED** that in the event defendants Moisey Lamnin and Ella Lamnin decide to lease out Unit No. 115 located at 27635 West Echo Valley, Farmington Hills, MI during the pendency of this litigation that they shall include a contractual clause in the lease that shall prohibit smoking by the tenant(s) and guest(s) of the tenant(s).

It is further **ORDERED** that this stipulated order shall not impact the Lamnin defendants' ability to sell and/or encumber the property deed located at 27635 West Echo Valley, Farmington Hills, MI 48334 Unit No. 115.

It is further **ORDERED** that this stipulated order is not an admission of liability and does not prohibit the Lamnin defendants from presenting any and all possible defenses as to the plaintiff's alleged claims.

It is further **ORDERED** that the plaintiff's motions for preliminary injunction [dkt. #20 and #36] are **DISMISSED WITHOUT PREJUDICE**.

<pre>
                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge
</pre>

Dated: January 16, 2018

Stipulated to by:

s/Alan Joseph Gocha
Alan Joseph Gocha
Brooks Kushman P.C.
1000 Town Center
22nd Floor
Southfield, MI 48075
248-226-2755
Fax: 248-358-3351
Email: agocha@brookskushman.com
Attorney for the plaintiff

s/Donald C. Brownell
Donald C. Brownell
Vandeveer Garzia
840 W. Long Lake Road
Suite 600
Troy, MI 48098-6340
248-312-2800
Fax: 248-879-0042
Email: dbrownell@vgpclaw.com
Attorney for defendants Lamnin

s/Robert J. Huebner
Robert J. Huebner
Law Office of Raymond H. Pittman, III
3245 Levis Commons Blvd.
Perrysburg, OH 43551
419-873-2322
Fax: 419-873-2330
Email: huebnerr@grangeinsurance.com
Attorney for the defendants Lamnin


s/Benjamin J. Henry

Benjamin J. Henry
Makower Abbate Guerra Wegner Vollmer PLLC
30140 Orchard Lake Road
Suite 1
Farmington Hills, MI 48334
248-671-0137
Fax: 248-671-0100
Email: bhenry@maglawpllc.com
Attorney for defendants Echo Valley and Casa Bella

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 16, 2018.

                                            s/Susan Pinkowski
                                            SUSAN PINKOWSKI